| | |
|---|---|
| BRIAN KIRK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: |
| | ) |
| CITY OF ST. JOSEPH, | ) |
| MISSOURI, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' JOINT NOTICE OF REMOVAL

COME NOW Defendants City of St. Joseph, Mayor John Josendale, and City Council Members Marty Novak, Taylor Crouse, Andy Trout, Michael Grimm, Madison Davis, Kenton Randolph, Jeff Schomberg, and Randy Schulz, all sued in their official capacities (hereinafter collectively referred to as the "City Defendants"), by and through undersigned counsel, and, pursuant to 28 U.S.C. §§ 1331, 1441(a), and 1446, hereby remove Case No. 24BU-CC00128 from the Circuit Court of Buchanan County, Missouri (the "Action") to the United States District Court for the Western District of Missouri, St. Joseph Division. For their grounds for removal, City Defendants state as follows:

### STATEMENT OF THE CASE

1. On January 25, 2024, Plaintiff Brian Kirk filed the Action in the Circuit Court of Buchanan County, Missouri. A copy of the Petition is attached hereto as **Exhibit A.**

2. On or about February 1, 2024, City Defendants learned of the Petition when a copy was provided to the City Clerk.

3.     Each Count of Plaintiff's Petition alleges violations of Plaintiff's purported rights under the Fourteenth Amendment to the United States Constitution and 42 U.S.C. § 1983, *et. seq*. Plaintiff Kirk alleges that the City Defendants retaliated against him based upon his exercise of his First Amendment rights and that the City Defendants violated the Equal Protection Clause based upon Kirk being openly gay.

## LEGAL BASIS FOR REMOVAL

4.     The Federal Courts have original jurisdiction over this matter pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1441(a) because Kirk's claims include alleged violations of the laws of the United States of America.  More specifically, each count alleges and seeks recovery for violations of Kirk's purported constitutional rights under 42 U.S.C. § 1983.

5.     Plaintiff Kirk does not bring any state law claims, however, to the extent Kirk's claims are construed as being brought under state law, this Court has supplemental jurisdiction over all of Kirk's claims because they all relate to the allegations against the City Defendants, so as to form part of the same case and controversy to invoke this Court's supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a) and 1441(c).

6.     City Defendants did not learn of the Petition until February 1, 2024, and, therefore, removal is timely and proper under 28 U.S.C. § 1446(b)(1) because this removal is being filed less than thirty (30) days after receipt or purported service.

7.     All City Defendants have joined in this removal and, thereby, consented to the same pursuant to 28 U.S.C. § 1446(b)(2)(A).  Defendants Josh Blevins and Steve Greiert have not yet been served and will not be represented by the undersigned counsel for the City Defendants, and it is presently unknown whether they will consent to removal upon being served with the Petition

2

by Kirk, but their consent is immaterial until they are served. See 28 U.S.C. § 1446(b)(2)(A). See also *Medtronic, Inc. v. Ernst*, 182 F. Supp.3d 925, 932 (D. Minn. 2016).

8. Pursuant to 28 U.S.C. § 1446(a), a copy of the Plaintiff's Petition served upon the City Clerk is attached hereto as **Exhibit A**. Copies of all other documents filed in the Circuit Court of Buchanan County, Missouri case are attached hereto as **Exhibit B.**

9. Written Notice of Removal will be promptly mailed to all adverse parties and the Clerk of the Circuit Court of Buchanan County, Missouri after the filing of this Notice pursuant to 28 U.S.C. § 1446(d), a copy of which is attached hereto as **Exhibit C.**

## CONCLUSION

By this Notice of Removal, City Defendants neither waive any objections they may have as to service, jurisdiction or venue, nor do they intend to waive any immunities, defenses, or objections they may have to this Action. City Defendants intend no admissions of fact, law, or liability by this Notice, and expressly reserve all defenses and/or motions.

Respectfully submitted,

**ENSZ & JESTER, P.C.**

BRANDON D. MIZNER      MO #46515
THOMAS H. OSBORN      MO #72953
1100 Main Street, Suite 2121
Kansas City, Missouri 64105
Telephone: 816-474-8010
Facsimile: 816-471-7910
E-mails: bmizner@enszjester.com
       tosborn@enszjester.com
**ATTORNEYS FOR DEFENDANTS**
**City of St. Joseph, Missouri; Mayor John Josendale, Marty Novak, Taylor Crouse, Andy Trout, Michael Grimm, Madison Davis,**

**Kenton Randolph, Jeff Schomburg, and Randy Schulz, all sued in their official capacities**

Case 5:24-cv-06023-GAF     Document 1     Filed 02/15/24     Page 4 of 5

## CERTIFICATE OF SERVICE

I further certify that on February 15, 2024, a true and correct copy of the above and foregoing was sent via email and U.S. Mail, first class, postage prepaid, to the following:

LYNNE JABEN BRATCHER    MO #31203
ERIN N. VERNON    MO #64590
BRATCHER GOCKEL LAW, L.C.
4014 B South Lynn Court
Independence, Missouri 64055
Telephone: 816-221-1614
Facsimile: 816-421-5910
E-mail(s): lynne@bgklawyers.com
         erin@bgklawyers.com

and

SARAH J. DUGGAN    MO #73687
WYRSCH HOBBS & MIRAKIAN P.C.
1200 Main Street, Suite 2100
Kansas City, Missouri 64105
Telephone: 816-281-8733
E-mail(s): sduggan@whmlaw.net
**ATTORNEYS FOR PLAINTIFF**
**Brian Kirk**

**ATTORNEYS FOR DEFENDANTS**
**City of St. Joseph, Missouri; Mayor John Josendale, Marty Novak, Taylor Crouse, Andy Trout, Michael Grimm, Madison Davis, Kenton Randolph, Jeff Schomburg, and Randy Schulz, all sued in their official capacities**

5